**In the Interest of D.C. and G.C., Minor Males.**

**JUVENILE OFFICER, Respondent,**

v.

**R.F., Natural Mother, Appellant.**

**Nos. WD 37817, WD 38258.**

Missouri Court of Appeals, Western District.

July 29, 1986.

David F. Oliver, Kansas City, for appellant.

Debra J. Wilson, Kansas City, for respondent.

Before NUGENT, P.J., and BERREY and GAITAN, JJ.

PER CURIAM.

**ORDER**

Consolidated appeal from juvenile court terminating parental rights pursuant to § 211.447 RSMo as amended 1982.

Affirmed. Rule 84.16(b).